IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia

| | |
|---|---|
| IN RE<br><br>BEVERLY ARMSTRONG<br><br>    Debtor | Case No. 12-00758-SMT<br>Chapter 7 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION C/O SETERUS, INC.<br>14523 SW Millikan Way<br>Suite 200<br>Beaverton, OR 97005<br><br>    Movant<br>v.<br><br>BEVERLY ARMSTRONG<br>1323 Massachusettes Avenue, NW #501<br>Washington, DC 20005<br><br>and<br><br>WENDELL WEBSTER<br>CHAPTER 7 TRUSTEE<br>Webster, Fredrickson & Brackshaw<br>1775 K Street, NW, Suite 600<br>Washington, DC 20006<br><br>    Respondents | Motion No. |

## **MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, Federal National Mortgage Association c/o Seterus, Inc., its successors and/or assigns, movant, by its attorneys, Mark D. Meyer, Esq., and Rosenberg & Associates, LLC, and respectfully represents as follows:

1. Jurisdiction is based on 11 U.S.C. Section 362(d)-(f).

2. On or about November 17, 2012, Beverly Armstrong ("Debtor") filed a Voluntary Petition in the Court under Chapter 7 of the Bankruptcy Code.

3. Wendell Webster is the Chapter 7 trustee of the Debtor's estate.

4. At the time of the initiation of these proceedings, the Debtor owned a parcel of fee simple real estate improved by a residence with a legal description of

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39927

"LOT 1 OF SHADOW MOUNTAIN, IN THE CITY OF OCEANSIDE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY" also known as 432 Edgehill Lane Unit 33, Oceanside, CA 92054 (hereinafter "the subject property").

5. The subject property is encumbered by a Deed of Trust securing the note, which is currently held by the movant. The Promissory Note has been transferred from Citywide Mortgage Group to Federal National Mortgage Association c/o Seterus, Inc. The documents evidencing the movant's security interest are attached hereto.

6. The total amount due under the Deed of Trust securing the Movant as of December 3, 2012, including attorney's fees and court costs, is approximately $228,606.43.

7. The Debtor is in default under the Deed of Trust, and the Movant has accelerated the entire balance of the Note and Mortgage and interest continues to accrue.

8. The Debtor is behind in his/her monthly mortgage payments, and equity in the Debtor's residence is dissipating.

9. The Movant lacks adequate protection of its interest in the subject property.

10. The Movant has been and continues to be irreparably injured by the stay of Section 362 of the Bankruptcy Code, which prevents the Movant from enforcing its rights under the Note and Deed of Trust.

11. Cause exists for lifting the automatic stay imposed by Section 362 of the Bankruptcy Code to enable the Movant to enforce its rights under its Note and Deed of Trust.

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39927

    WHEREFORE, the Movant, Federal National Mortgage Association c/o Seterus, Inc. its successors and/or assigns, respectfully requests that this Honorable Court:

    1.  Enter an order terminating the automatic stay imposed by Section 362 of the Bankruptcy Code to enable it to proceed with a foreclosure sale of the real property and improvements located at 432 Edgehill Lane Unit 33, Oceanside, CA 92054; and

    2.  Grant such other and further relief as may be just and necessary.

                                       /s/ Mark D. Meyer, Esq.
                                       Mark D. Meyer, Esq.
                                       Rosenberg & Associates, LLC
                                       7910 Woodmont Avenue, Suite 750
                                     Bethesda, Maryland 20814
                                     (301) 907-8000

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39927


## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 3, 2012, a copy of the foregoing Motion for Relief from the Automatic Stay was mailed, first class postage prepaid, upon the following who were not served electronically:

Beverly Armstrong
1323 Massachusettes Avenue, NW #501
Washington, DC 20005

Wendell Webster, Trustee
Webster, Fredrickson & Brackshaw
1775 K Street, NW, Suite 600
Washington, DC 20006

Lisa Merren Goldblatt, Esquire
BGM Law
3545 Ellicott Mills Drive, Ellicott City MD 21043

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39927