IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia

| | |
|---|---|
| IN RE<br><br>BEVERLY ARMSTRONG<br><br>    Debtor | Case No. 12-00758-SMT<br>Chapter 7 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION C/O SETERUS, INC.<br><br>    Movant<br>v.<br><br>BEVERLY ARMSTRONG<br><br>and<br><br>WENDELL WEBSTER, CHAPTER 7 TRUSTEE<br><br>    Respondents | Motion No. |

## EXHIBIT A -- DEBT

**Pre Petition Arrears**

| | |
|---|---:|
| 21 payments for 2/1/08-10/1/09 @ $1413.91 | $29,692.11 |
| 12 payments for 11/1/09-10/1/10 @ $1255.32 | $15,063.84 |
| 4 payments for 11/1/10-2/1/11 @ $1442.04 | $5,768.16 |
| 2 payments for 3/1/11-4/1/11 @ $1136.82 | $2,273.64 |
| 4 payments for 5/1/11-8/1/11 @ $914.37 | $2,878.07 |
| 6 payments for 9/1/11-2/1/12 @ $900.92 | $5,405.52 |
| 6 payments for 3/1/12-8/1/12 @ $932.21 | $5,593.26 |
| 3 payments for 9/1/12-10/1/12  @ $932.29 | $2,796.87 |
| Escrow Advance | $4,961.63 |
| Recoverable Balance | $1,372.00 |
| Total: | $75,805.10 |

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39927

**Post Petition Arrears**

| | |
|---|---:|
| 1 payment for 11/1/12 @ $932.29 | $932.29 |
| Attorney Fees and Costs | $726.00 |
| Total: | $1,658.29 |
| **Total Pre and Post Petition Arrears:** | **$77,463.39** |

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER:  39927